UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

ANDREW TORO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        -against-

FLAG FABLES, INC.,

                Defendant.

22-cv-7036 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      In their joint letter dated January 17, 2023, the parties reported that they had not yet discussed settlement [ECF No. 10]. The parties therefore failed to comply with the Court's Order dated December 22, 2022, in which the Court directed the parties to discuss settlement within 14 days [ECF No. 9 at 1]. Accordingly, IT IS HEREBY ORDERED the parties must confer to discuss the possibility of settlement by February 7, 2023. IT IS FURTHER ORDERED that the parties shall file a joint letter on the status (not substance) of their settlement negotiations by March 7, 2023. **The parties are on notice that failure to comply with court orders may result in sanctions, including monetary sanctions, preclusion of claims and defenses, and dismissal for failure to prosecute.**

**SO ORDERED.**

**Date: January 23, 2023**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**